### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                         Plaintiff,      )<br>        vs.                            )<br>JOHN KINCAID,                    )<br>                         Defendant.   ) | 8:07CR447<br><br>ORDER |

    Defendant John Kincaid appeared before the court on Wednesday, November 13, 2013 on a Petition for Warrant for Offender Under Supervision [33]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. Defendant waived his right to a preliminary examination. The government moved for detention. A detention hearing was held on Friday, November 15, 2013. The government withdrew its motion for detention on the condition that the defendant enter into treatment. The Court granted the defendant's release on the condition that he would enter into a treatment facility. Therefore, the defendant will be released on modified conditions of supervision.

    I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

    **IT IS ORDERED**:

    1.    A final dispositional hearing will be held before Judge Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **January 22, 2014 at 1:00 p.m.** Defendant must be present in person.

    2.    The defendant is to be released on modified conditions of supervision.

    DATED this 15th day of November, 2013.

                                                    BY THE COURT:

                                                    s/ F. A. Gossett<br>
                                                    United States Magistrate Judge